IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN CARGO LOGISTICS, INC., CAVALIER CARGO GROUP, INC., 1ST COAST CARGO, INC.** | : : : : | **CIVIL ACTION** |
| | : | **NO. 24-2300** |
| v. | : : | |
| **PILOT AIR FREIGHT, LLC, MAERSK LOGISTICS & SERVICES USA, INC.** | : : : : | |

# ORDER

AND NOW, this 31st day of January 2025, upon considering Defendants' Motion for partial summary judgment as to the third-party beneficiary status of 1st Coast Cargo, Inc. (ECF 58), Plaintiffs' Response (ECF 61), Defendants' Reply (ECF 62), finding no genuine issue of material fact, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendants' Motion for partial summary judgment (ECF 58) is **GRANTED** dismissing 1st Coast Cargo, Inc.'s claims as a third-party beneficiary in Counts III and V of the amended Complaint (ECF 38).

                                                                                    **KEARNEY, J.**